IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DAVID RUSSELL POSEY,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-4434

_____/

Opinion filed February 10, 2015.

An appeal from the Circuit Court for Okaloosa County.
William F. Stone, Judge.

David Russell Posey, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee; Jennifer Parker, General Counsel,
and Lisa Martin, Assistant General Counsel, Florida Department of Corrections,
Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

ROBERTS, CLARK, and ROWE, JJ., CONCUR.